■ GERALD SALUSTRI, Appellant-Respondent, v AHEARN HOLTZMAN, INC., Doing Business as SEABOARD WEATHERPROOFING, INC., Respondent-Appellant, et al., Defendant. AHEARN HOLTZMAN, INC., Doing Business as SEABOARD WEATHERPROOFING, INC., Third-Party Plaintiff-Respondent-Appellant, v R.J. BRUNO ROOFING, INC., Third-Party Defendant-Respondent. [870 NYS2d 913]— Cross appeals from an order, Supreme Court, Bronx County (Mark Friedlander, J.), entered July 9, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Nardelli, Buckley and Freedman, JJ.